**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOSEPH F. LOVE                                        CIVIL ACTION NO
                                                                                   07-9473

VERSUS

WILD HORSE INDUSTRIAL D/B/A                 SECTION M
SIMPLEX FILLERS AND LAKEY PACKAGING

**ORDER**

       Before the Court is Defendant Wild Horse Industrial Corporation d/b/a Simplex Fillers Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Lack of Personal Jurisdiction, which came for hearing on June 25, 2008, on the briefs. The motion appears meritorious, and no opposition was timely filed (see Local Rule 7.5E).

       Accordingly, the Motion is **GRANTED**, **the case is dismissed with prejudice, each party to bear its own costs.**

       New Orleans, Louisiana, this 25th day of June, 2008.

                                                                        Peter Beer
                                                            United States District Court